IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT SMITH, AS THE NATURAL GUARDIAN AND NEXT FRIEND OF MINOR, RILEY SMITH,<br><br>  Plaintiff,<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC., AND TACARRUS NASH,<br><br>  Defendants. | CIVIL ACTION FILE<br>NUMBER 1:20-cv-03994-MHC |

## NOTICE TO TAKE VIDEOTAPED DEPOSITION

**TO:  ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that at 11:00 a.m. on December 11, 2020, in the offices of Dennis, Corry, Smith & Dixon, LLP, 900 Circle 75 Parkway, Suite 1400, Atlanta, Georgia 30339, the Defendants in the above-styled action will, pursuant to Fed. R. Civ. P. Rule 30, take the videotaped deposition of Detective Shelleman Paulin upon oral examination before an officer authorized by law to administer oaths for the purposes of discovery and any other purpose allowed under the Federal Rules of Civil Procedure.  The deposition will be recorded by stenographic means.

-1-

-2-

You are hereby invited to attend.

This 2nd day of December, 2020

                DENNIS, CORRY, SMITH & DIXON, LLP

                By: /s/ *John D. Dixon*
                    JOHN D. DIXON
                    Georgia Bar No. 223376

                By: /s/ *Melody H. Demasi*
                    MELODY H. DEMASI
                    Georgia Bar No. 988861
                    For the Firm
                    Attorneys for Defendants

900 Circle 75 Parkway, Suite 1400
Atlanta, GA 30339
(404) 926-3672
(404) 365-0134 Facsimile
Jdixon@dcplaw.com
Mdemasi@dcplaw.com

-3-

## CERTIFICATE OF SERVICE

I electronically filed this **NOTICE TO TAKE VIDEOTAPED DEPOSITION** with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to the following attorneys of record:

L. Chris Stewart, Esq.
Daedrea D. Fenwick, Esq.
Stewart Miller Simmons Trial Attorneys
55 Ivan Allen Jr. Blvd.
Suite 700
Atlanta, GA  30308

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

This 2nd day of December, 2020.

/s/ *Melody H. Demasi*
MELODY H. DEMASI
For the Firm

I CERTIFY that, pursuant to LR 5.1(C), N.D.Ga., I prepared the above document in Times New Roman, 14-point font.

612-13730(JDD)