

**Stewart Miller Simmons Trial Attorneys**
55 Ivan S. Allen Jr. Blvd NW Suite 700
Atlanta, GA 30308
404-LAW-FIRM /404-529-3476
www.SMStrial.com

March 19, 2021

**CERTIFIED MAIL-RETURN RECEIPT**

Robert Smith
2621 Darlington Court
Conyers, GA  30013

      Re:    Robert Smith o/b/o Riley Smith, a minor v. Schneider National Carriers et al
               In the United States District Court Northern District of Georgia Atlanta Division
               Civil Action File No.: 1:20-cv-03994-MHC

Dear Mr. Smith:

Please be advised that we are closing our file and will proceed no further with it.

In accordance therewith, the undersigned certifies Robert Smith, as the Natural Guardian and Next Friend of Minor, Riley Smith, Plaintiff is further informed pursuant to LR 83.1:

a. Our office intends to request permission to withdraw as counsel in this case. To that end, we will file a withdrawal motion with the Court.

b. The United States District Court Northern District of Georgia Atlanta Division retains jurisdiction of this matter;

c. You have the burden of keeping the Court informed of your current address for the service of notices, pleadings or other papers;

d. At this time, a trial date has not yet been set and the case is still in the discovery phase. As such, you have the obligation to prepare to go forward with your case or to hire other counsel to handle your case;

e. If you fail or refuse to meet court-related obligations for your case, it could result in adverse consequences, including the entry of a judgment against you;

f. At this time, there are no scheduled proceedings in this case, and a trial date has not been set. Thus, there are no dates that will be affected by the withdrawal of counsel;

*Family, Faith, Justice*

    g.  You have the right to object within 14 days of the date when this notice of the attorney's intention to request permission to withdraw was served. Please respond in writing with any objections. Otherwise, we will proceed with filing our withdrawal notice once the 14-day deadline has expired.

Opposing counsel in this case is John Dixon with Dennis, Corry, Smith & Dixon located at 900 Circle 75 Parkway, Suite 1400, Atlanta, GA 30339. He can be reached at (404) 926-3672.

The presiding judge in this case is Mark H. Cohen. The Court's address is 1921 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3309. The Clerk of the Court may be reached at 404) 215-1655.

We want to thank you for giving us the opportunity to represent you in this matter. We do regret that the circumstances are such that we are not able to pursue this matter on your behalf. However, we hope you will feel free to give us a call regarding this or any other legal matter.

Sincerely,

*[signature]*

Daedrea Fenwick, Esq.